UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UDO DITTMAR, | : | Case No. 1:12 cv 00685 |
| | : | Judge Karen L. Litkovitz |
| Plaintiff-Petitioner, | : | |
| v. | : | ORDER |
| DEPARTMENT OF HOMELAND SECURITY, et al., | : | |
| Respondents-Defendants. | : | |

The parties, having so stipulated and agreed, this action is hereby DISMISSED without prejudice, with each party to bear its own fees and costs. The Clerk of the Court is directed to send copies of this Order to all parties and/or counsel of record.

DATED this __11th__ day of __Sept.__, 2013.

_____
KAREN L. LITKOVITZ
United States Magistrate Judge